ANN K. JOHNSTON, ESQ. (SBN 145022)
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA 94945
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ROMAN KOROLEV,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY<br>INSURANCE COMPANY and DOES<br>1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 08 3809<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>DATE ACTION FILED:　7/14/2008<br>TRIAL DATE:　　　　　Not Set |

　　　Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Hartford Casualty Insurance Company, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a pecuniary interest in the outcome of this case: Hartford Financial Services Group, Inc., Hartford Fire Insurance Company,

///
///
///
///
///

1

Certification of Interested Entities or Persons　　　　　　　　　　　　　　　　　　Case No. _____

1  and Hartford Accident and Indemnity Company. These representations are made
2  to enable the Court to evaluate possible disqualification or recusal.
3  DATED: August 11, 2008

BERGER KAHN
A Law Corporation

By: /s/ ANN K. JOHNSTON
Attorneys for Defendant
Hartford Casualty Insurance Company

BERGER KAHN
A Law Corporation
7200 Redwood Blvd., Suite 325
Novato, CA 94945

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 7200 Redwood Boulevard, Suite 325, Novato, CA 94945 ("the firm").

On August 11, 2008, I served the within document(s) described as: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

Robert H. Staley, Esq.
Epstein, Englert, Staley & Coffey
425 California Street, 17th Floor
San Francisco, CA 94104
Tel: 415-398-2200
Fax: 415-398-6938

☐ **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Novato, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FAX** (C.C.P. § 1013(a), (e); CRC 2008)–by transmitting said document(s) by electronic facsimile at approximately _____ .m. at 7200 Redwood Boulevard, Suite 325, Novato, California 94945, to the respective facsimile number(s) of the party(ies) as stated on the attached mailing list. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2008(e), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐ **BY OVERNIGHT MAIL** (C.C.P. § 1013(c))–I placed said envelope(s) for collection by ***Federal Express/Golden State Overnight***, following ordinary business practices, at the business offices of Berger Kahn for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

☐ **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**–I served the within document(s) by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage

3

Certification of Interested Entities or Persons                              Case No._____

thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 7200 Redwood Boulevard, Suite 325, Novato, California 94945.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing by Certified Mail, Return Receipt Requested, with the United States Postal Service: it is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postal meter date on the envelope(s) is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **BY PERSONAL SERVICE**(C.C.P. § 1011(a))–I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 11, 2008, at Novato, California.

*Marla Tom* (signature)
MARLA TOM

---

Certification of Interested Entities or Persons                                   Case No. _____