1  ANN K. JOHNSTON, ESQ. (SBN 145022)
   BERGER KAHN
2  A Law Corporation
   7200 Redwood Boulevard, Suite 325
3  Novato, CA 94945
   Tel: (415) 899-1770 • Fax: (415) 899-1769
4
   Attorneys for Defendant
5  HARTFORD CASUALTY INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11 ROMAN KOROLEV,                    )  CASE NO. CV 08 3809 JL
                                     )
12                Plaintiff,         )  **CERTIFICATE OF SERVICE**
                                     )
13 vs.                               )
                                     )  DATE ACTION FILED:  7/14/2008
14 HARTFORD CASUALTY                 )  TRIAL DATE:         Not Set
   INSURANCE COMPANY and DOES        )
15 1 through 50, inclusive,          )
                                     )
16                Defendants.        )
                                     )
17 _____

18       I, the undersigned, am employed in the County of Marin, California. I am over the

19 age of eighteen years and not a party to the within action. I am an employee of Berger

20 Kahn, A Law Corporation, 7200 Redwood Boulevard, Suite 325, Novato, California

21 94945.

22       On August 11, 2008, I served the following document, which was filed with the

23 Superior Court of the State of California in and for the County of Marin, on the plaintiff

24 in within action:

25       (1)   Notice to Plaintiff of Defendant's Removal of Civil Action

26       On August 11, 2008, I also served the following documents received from the U.S.

27 District Court upon removal on the plaintiff in this action:

28       (1)   Welcome to the U.S. District Court, San Francisco;

1

Certificate of Service                                    Case No. CV 08 3809 JL

(2) Notice of Assignment of Case to A United States Magistrate Judge for Trial;

(3) Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California;

(4) Order Setting Initial Case Management Conference and ADR Deadlines; and,

(5) ECF Registration Information Handout.

By placing true copies thereof enclosed in a sealed envelope addressed as follows:

Robert H. Staley, Esq.
Epstein, Englert, Staley & Coffey
425 California Street, 17th Floor
San Francisco, CA 94104
Tel: 415-398-2200

I placed said envelope for collection by **Golden State Overnight**, following ordinary business practices, at the business offices of Berger Kahn for collection and processing of correspondence with said overnight mail service, and said envelope will be deposited with said overnight mail service on said date in the ordinary course of business.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 11, 2008, at Novato, California.

_____
MARLA TOM

2

Certificate of Service                                             Case No. CV 08 3809 JL