UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROMAN KOROLEV,

No. C 08-03809 JL

            Plaintiff(s),

v.

HARTFORD CASUALTY INSURANCE
COMPANY.
            Defendant(s).
                                /

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _8/18/08_____

Signature _____

Counsel for _Defendant Hartford Casualty_
(Plaintiff, Defendant, or indicate "pro se")