ANN K. JOHNSTON, ESQ. (SBN 145022)
TED A. SMITH, ESQ. (SBN 159986)
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA 94945
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ROMAN KOROLEV, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, et al. <br><br> Defendants. | CASE NO. C-08-3809-SC <br><br> **STIPULATION AND [PROPOSED] ORDER RE HARTFORD CASUALTY INSURANCE COMPANY'S ANSWER TO FIRST AMENDED COMPLAINT** <br><br> DATE ACTION FILED:  7/14/2008 <br> TRIAL DATE:  N/A |

WHEREAS Plaintiff filed a complaint for bad faith, breach of contract, breach of the implied covenant of good faith and fair dealing, and declaratory relief on July 14, 2008 in Marin County Superior Court;

WHEREAS Defendant Hartford Casualty Insurance Company ("Hartford") filed an answer to Plaintiff's complaint on August 8, 2008, in Marin County Superior Court;

WHEREAS the action was removed to this Court on August 11, 2008;

WHEREAS Plaintiff filed a First Amended Complaint on February 6, 2009, naming Hartford and William John Thompson dba Silver Creek Insurance Agency as defendants;

WHEREAS Plaintiff's First Amended Complaint does not add any new claims against Hartford;

1    IT IS HEREBY STIPULATED AND AGREED by and between and among
2  Plaintiff and Defendant Hartford, by and through their respective attorneys of record, that
3  Hartford's answer already filed in Marin County Superior Court in response to Plaintiff's
4  complaint shall suffice as an answer to Plaintiff's First Amended Complaint.

5  DATED:  February 20, 2009          EPSTEIN, ENGLERT, STALEY & COFFEY

7                                     By: /s/ Robert H. Staley
8                                         Robert H. Staley
                                          (Authorized on 2/20/2009)
                                          Attorneys for Plaintiff Roman Korolev
9
10 DATED: February 20, 2009           BERGER KAHN
                                      A Law Corporation

12                                    By:   /s/ Ann K. Johnston
13                                        Ann K. Johnston
                                          Ted A. Smith
14                                    Attorneys for Defendant
                                      Hartford Casualty Insurance Company

16                          **ORDER**

17    Having reviewed and considered the foregoing Stipulation of the parties, and good
18  cause appearing for the same,
19    IT IS SO ORDERED.

21  DATED: __2/23_____, 2009.
22                                    _____
                                      HON. SAMUEL CONTI
                                      JUDGE OF THE U.S. DISTRICT COURT

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]*

2

Stipulation & Order Re Hartford's Answer                     Case No. C-08-3809-SC
to 1st Amended Complaint

BERGER KAHN
*A Law Corporation*
7200 Redwood Blvd., Suite 325
Novato, CA 94945