ROBERT H. STALEY (SBN # 122101)
EPSTEIN, ENGLERT, STALEY & COFFEY
425 California Street, 17th Floor
San Francisco, CA 94104
Tel (415) 398-2200
Fax (415) 398-6938

Attorneys for ROMAN KOROLEV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ROMAN KOROLEV,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendant. | Case No. CV 08 3809 SC<br><br>**STIPULATION TO EXTEND ADR DEADLINE** |

　　　　WHEREAS, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, this Court set a deadline of March 9, 2009 within which the parties were to conduct a mediation;

　　　　Whereas, on or about February 11, 2009, Plaintiff Roman Korolev filed a First Amended Complaint and added William Thompson dba Silver Creek Insurance as a defendant in the case;

　　　　Whereas, William Thompson has been served with the summons and First Amended Complaint and the deadline for his responsive pleading is March 9, 2009;

1  Whereas, the parties believe that William Thompson's participation is the mediation is in
2  the best interests all of parties concerned as well as judicial economy;
3  THEREFORE, the parties, by and through their respective counsel of record, hereby
4  agree to continue the ADR deadline 60 days to and including May 8, 2009.

**SO STIPULATED**:

Dated: March 5, 2009

BERGER KAHN
A Law Corporation

By: _____
Ann K. Johnston, Esq.
Attorneys for Defendant HARTFORD
CASUALTY INSURANCE COMPANY

Dated: March 5, 2009

EPSTEIN, ENGLERT, STALEY & COFFEY
A Professional Corporation

By: _____
Robert H. Staley, Esq.
Attorneys for Plaintiff ROMAN KOROLEV

**COURT ORDER**

The foregoing stipulation having been considered by the Court, and good cause appearing, the March 9, 2009 ADR deadline is hereby extended to May 8, 2009.

SO ORDERED:

Dated: March 9, 2009

The Hon. Judge Samuel Conti
IT IS SO ORDERED

2
**STIPULATION TO EXTEND ADR DEADLINE**