ROBERT H. STALEY (SBN # 122101)
EPSTEIN, ENGLERT, STALEY & COFFEY
425 California Street, 17th Floor
San Francisco, CA 94104
Tel (415) 398-2200
Fax (415) 398-6938

Attorneys for ROMAN KOROLEV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ROMAN KOROLEV,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; WILLIAM JOHN THOMPSON dba SILVER CREEK INSURANCE AGENCY; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C-08-3809-SC<br><br>STIPULATION AND ORDER TO REMAND CASE TO STATE COURT DUE TO LOSS OF DIVERSITY JURISDICTION |

## RECITALS

1. WHEREAS Plaintiff Roman Korolev initially filed his complaint for bad faith, breach of contract, breach of the implied covenant of good faith and fair dealing, and declaratory relief on July 14, 2008 in Marin County Superior Court, Action No. CV 083419;

2. WHEREAS the action was removed to this Court on August 11, 2008 based on the complete diversity existing at that time;

3. WHEREAS Plaintiff filed a First Amended Complaint on February 6, 2009, adding William John Thompson dba Silver Creek Insurance Agency as an additional defendant;

4. WHEREAS William John Thompson dba Silver Creek is a citizen of California for
   purposes of diversity jurisdiction pursuant to 28 U.S.C. section 1332;

1
STIPULATION AND ORDER REMANDING CASE TO SUPERIOR COURT

5. WHEREAS Plaintiff Roman Korolev is a citizen of California for purposes of diversity jurisdiction pursuant to 28 U.S.C. section 1332; and,

6. WHEREAS the requirements for diversity jurisdiction pursuant to 28 U.S.C. section 1332 no longer exist in this action.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between and among Plaintiff Korolev and Defendants Hartford and Thompson, by and through their respective attorneys of record, that this case shall, subject to approval of this Court, be remanded back to Marin County Superior Court.

**SO STIPULATED:**

DATED: April _24_ 2009         EPSTEIN, ENGLERT, STALEY & COFFEY,
                               A Professional Corporation

                               By: _____
                                   Robert H. Staley
                                   Attorneys for Plaintiff
                                   ROMAN KOROLEV

DATED: April __, 2009          BERGER KAHN
                               A Law Corporation


                               By: _____
                                   Ann K. Johnston
                                   Ted A. Smith
                                   Attorneys for Defendant HARTFORD
                                   CASUALTY INSURANCE

2
STIPULATION AND ORDER REMANDING CASE TO SUPERIOR COURT

5. WHEREAS Plaintiff Roman Korolev is a citizen of California for purposes of diversity jurisdiction pursuant to 28 U.S.C. section 1332; and,

6. WHEREAS the requirements for diversity jurisdiction pursuant to 28 U.S.C. section 1332 no longer exist in this action.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between and among Plaintiff Korolev and Defendants Hartford and Thompson, by and through their respective attorneys of record, that this case shall, subject to approval of this Court, be remanded back to Marin County Superior Court.

SO STIPULATED:

DATED: April __, 2009

EPSTEIN, ENGLERT, STALEY & COFFEY.
A Professional Corporation

By: _____
Robert H. Staley
Attorneys for Plaintiff
ROMAN KOROLEV

DATED: April 22, 2009

BERGER KAHN
A Law Corporation

By: _____
Ann K. Johnston
Ted A. Smith
Attorneys for Defendant HARTFORD CASUALTY INSURANCE

DATED: April 24, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Ralph Robinson
Christina Van Wert
Attorneys for Defendant WILLIAM J. THOMPSON dba SILVER CREEK INSURANCE

## ORDER

Having reviewed and considered the foregoing Stipulation of the parties, and good cause appearing for the same, IT IS HEREBY ORDERED that this case is hereby remanded to the California Superior Court, County of Marin.

**SO ORDERED.**

DATED: __4/27__, 2009.

_____
HON.
JUDGE, U.S. DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*